CAROL A. DOYLE

# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARKESE, GAYLE M | § | Case No. 10-54703 |
| MARKESE, NICHOLAS T | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/18/2011 in Courtroom 742,

United States Courthouse
219 South Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/09/2011                    By: Clerk of the Bankruptcy Court
                                               Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARKESE, GAYLE M | § | Case No. 10-54703 |
| MARKESE, NICHOLAS T | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,500.18 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,500.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 1,400.02 | $ 0.00 | $ 1,400.02 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 1,434.00 | $ 0.00 | $ 1,434.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,834.02 |
| Remaining Balance | | $ | 3,666.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,049.41  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  8.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Elan Financial Services | $        4,162.76 | $        0.00 | $        354.51 |
| 000002 | Capital One Bank (USA), N.A. | $        9,999.50 | $        0.00 | $        851.57 |
| 000003 | PYOD LLC successors & assigns | $      14,471.91 | $        0.00 | $      1,232.45 |
| 000004 | PYOD LLC successors & assigns | $      14,415.24 | $        0.00 | $      1,227.63 |

Total to be paid to timely general unsecured creditors    $                3,666.16

Remaining Balance    $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/Philip V. Martino _____
                                    Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-54703-CAD
Gayle M Markese                                                 Chapter 7
Nicholas T Markese
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1              User: vwalker         Page 1 of 1              Date Rcvd: Sep 12, 2011
                                 Form ID: pdf006       Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2011.
db          +Gayle M Markese,    1419 W. Grand Ave,    Chicago, IL 60642-6364
jdb         +Nicholas T Markese,    1419 W. Grand Ave,    Chicago, IL 60642-6364
aty         +Neil P Gantz,    Neil Gantz Law Offices,    105 W Madison St,    Chicago, IL 60602-4602
tr           Philip V Martino, ESQ,    Quarles & Brady,    300 N. LaSalle,    Suite 4000,    Chicago, IL  60654
16531836     Associated Bank,    Cardmember Services,    P.O. Box 790408,    Saint Louis, MO 63179-0408
16531837     Capital One Bank (USA) N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
17003003     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
16531839     Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
16531838     Citi Cards,    Processing Center,    Chicago, IL 60642-6364
16977673    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Elan Financial Services,    as servicer for Associated Bank,
             P.O. Box 5229,    Cincinnati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17156297     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 13 2011 02:22:00
             PYOD LLC successors & assigns,    assignee of Citibank NA,    c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Philip V Martino, ESQ,    Quarles & Brady,    300 N. LaSalle,    Suite 4000,    Chicago, IL  60654
                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 14, 2011**                          **Signature:**   *Joseph Speetjens*