CAROL A. DOYLE
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MARKESE, GAYLE M | § | Case No. 10-54703 |
| MARKESE, NICHOLAS T | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/PHILIP V. MARTINO_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| B OF A | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | ELAN FINANCIAL SERVICES | | | | | |
| 000003 | PYOD LLC SUCCESSORS & ASSIGNS | | | | | |
| 000004 | PYOD LLC SUCCESSORS & ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-54703 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MARKESE, GAYLE M | | | Date Filed (f) or Converted (c): | 12/10/10 (f) |
| | MARKESE, NICHOLAS T | | | 341(a) Meeting Date: | 02/02/11 |
| For Period Ending: | 02/03/12 | | | Claims Bar Date: | 06/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCT - MB BANK | 3,000.00 | 0.00 | | 0.00 | FA |
| 3. USED FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 4. USED CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 5. WHOLE LIFE POLICY LOAN VALUE | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. 2006 HYNDAI | 2,000.00 | 3,000.00 | | 3,000.00 | FA |
| 7. 2005 TRAIL BLAZER | 1,500.00 | 3,500.00 | | 3,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.18 | Unknown |

|  | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $9,550.00 | $6,500.00 | | $6,500.18 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Account was submitted to the U.S. Trustee on December 19, 2011 for review.

Initial Projected Date of Final Report (TFR): 09/01/11    Current Projected Date of Final Report (TFR): 09/01/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-54703 -CAD | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | MARKESE, GAYLE M | Bank Name: | BANK OF AMERICA, N.A. |
| | MARKESE, NICHOLAS T | Account Number / CD #: | *******0713 BofA - Money Market Account |
| Taxpayer ID No: | *******7797 | | |
| For Period Ending: | 02/03/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | 6 | Gayle and Nicholas Markese | April Payment | 1129-000 | 1,000.00 | | 1,000.00 |
| 05/03/11 | 6 | Gayle and Nicholas Markese | May payment | 1129-000 | 1,000.00 | | 2,000.00 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,000.02 |
| 06/03/11 | | Gayle and Nicholas Markese | Final Payment | | 4,500.00 | | 6,500.02 |
| | 6 | | Memo Amount: 1,000.00 | 1129-000 | | | |
| | 7 | | Memo Amount: 3,500.00 | 1129-000 | | | |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 6,500.06 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,500.11 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,500.17 |
| 09/09/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 6,500.18 |
| 09/09/11 | | Transfer to Acct #*******0849 | Final Posting Transfer | 9999-000 | | 6,500.18 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 4,500.00 | COLUMN TOTALS | | 6,500.18 | 6,500.18 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 6,500.18 | |
| | | Subtotal | | 6,500.18 | 0.00 | |
| Memo Allocation Net: | 4,500.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 6,500.18 | 0.00 | |

Page Subtotals  6,500.18  6,500.18

Ver: 16.05b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-54703 -CAD | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | MARKESE, GAYLE M | | Bank Name: | BANK OF AMERICA, N.A. |
| | MARKESE, NICHOLAS T | | Account Number / CD #: | *******0849 BofA - Checking Account |
| Taxpayer ID No: | *******7797 | | | |
| For Period Ending: | 02/03/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/09/11 | | Transfer from Acct #*******0713 | Transfer In From MMA Account | 9999-000 | 6,500.18 | | 6,500.18 |
| 10/26/11 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,400.02 | 5,100.16 |
| 10/26/11 | 003002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,434.00 | 3,666.16 |
| 10/26/11 | 003003 | Elan Financial Services<br>as servicer for Associated Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000001, Payment 8.51622%<br>(1-1) credit card | 7100-000 | | 354.51 | 3,311.65 |
| 10/26/11 | 003004 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 8.51613% | 7100-000 | | 851.57 | 2,460.08 |
| 10/26/11 | 003005 | PYOD LLC successors & assigns<br>assignee of Citibank NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000003, Payment 8.51615% | 7100-000 | | 1,232.45 | 1,227.63 |
| 10/26/11 | 003006 | PYOD LLC successors & assigns<br>assignee of Citibank NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 8.51620% | 7100-000 | | 1,227.63 | 0.00 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.82 | -7.82 |
| 11/23/11 | | B OF A | BANK REVERSED BANK SERVICE FEE | 2600-000 | 7.82 | | 0.00 |

Page Subtotals          6,508.00          6,508.00

Ver: 16.05b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| | |
|---|---|
| Case No: | 10-54703 -CAD |
| Case Name: | MARKESE, GAYLE M |
| | MARKESE, NICHOLAS T |
| Taxpayer ID No: | *******7797 |
| For Period Ending: | 02/03/12 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0849  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 6,508.00    6,508.00    0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 6,500.18    0.00 |
|  |  | Subtotal | 7.82    6,508.00 |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | 0.00 |
|  |  | Net | 7.82    6,508.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 4,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | BofA - Money Market Account - ********0713 | 6,500.18 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 4,500.00 | BofA - Checking Account - ********0849 | 7.82 | 6,508.00 | 0.00 |
|  |  |  | 6,508.00 | 6,508.00 | 0.00 |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.05b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*